Chief District Judge Ricardo S. Martinez
Magistrate Judge Theresa L. Fricke

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMPARO ALFARO AREVALO,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH T. CUCCINELLI, *et al.*,<br><br>　　　　　　　　　Defendants. | NO. 2:20-cv-0678-RSM-TLF<br><br>STIPULATED MOTION FOR DISMISSAL<br><br>Noted on Motion Calendar:<br>October 30, 2020 |

　　　The above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

　　　Plaintiff brought this mandamus action seeking for an order compelling United States Citizenship and Immigration Service ("USCIS") to adjudicate Plaintiff's I-485 Application to Adjust Status without delay. On September 29, 2020, USCIS interviewed Plaintiff, and on October 20, 2020 USCIS issued a Notice of Intent to Deny ("NOID") Plaintiff's I-485 Application. If he so chooses, Plaintiff will respond to the NOID by November 20, 2020.

STIPULATED MOTION FOR DISMISSAL
2:20-cv-678-RSM-TLF
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Pursuant to this stipulation, USCIS will adjudicate Plaintiff's I-485 Application within thirty days of receipt of Plaintiff's response.

DATED: October 30, 2020

          Respectfully submitted,

          *s/ Alexandra Lozano*
          ALEXANDRA LOZANO, WSBA #40478
          Alexandra Lozano Immigration Law
          16400 Southcenter Pkwy., Suite 410
          Tukwila, WA 98188
          Phone: 206-406-3068
          Fax: 206-494-7775
          Email: Alexandra@abogadaalexandra.com

          *Attorney for Plaintiff*

DATED: October 30, 2020

          *s/ Michelle R. Lambert*
          MICHELLE LAMBERT, NYS #4666657
          Assistant United States Attorney
          United States Attorney's Office
          1201 Pacific Ave, Suite 700
          Tacoma, WA 98402
          Phone: (253) 428-3824
          Email: michelle.lambert@usdoj.gov

          *Attorney for Defendants*

STIPULATED MOTION FOR DISMISSAL      UNITED STATES ATTORNEY
2:20-cv-678-RSM-TLF      700 STEWART STREET, SUITE 5220
PAGE– 2      SEATTLE, WASHINGTON 98101
     (206) 553-7970

# ORDER

IT IS HEREBY ORDERED that the Parties' Stipulated Motion for Dismissal is GRANTED. The case is dismissed without prejudice with each party to bear their own costs. Plaintiff will respond to the Notice of Intent to Deny by November 20, 2020. United States Citizenship and Immigration Service will adjudicate Plaintiff's I-485 Application within thirty days of receipt of Plaintiff's response.

Dated this   2nd   day of   November  , 2020.

RICARDO S. MARTINEZ
Chief United States District Judge

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-678-RSM-TLF
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970